BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001
Facsimile  (510) 337-1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CALHOUN BROTHERS GRADING & PAVING, INC., a California Corporation,<br><br>Defendant. | Case No.    08-4191 WHA<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANGEMENT CONFERENCE; (~~PROPOSED~~) ORDER** |

**TO:    THE CLERK OF THE COURT AND DEFENDANT CALHOUN BROTHERS GRADING & PAVING, INC., a California Corporation:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case management conference scheduled for December 11, 2008 be continued to January 15, 2009, the date set for the hearing on Plaintiffs' Motion for Default Judgment.

Plaintiffs served Defendant with the complaint on September 27, 2008. Proofs of service were filed before this Court with the Summons evidencing such service on October 8, 2008. Given

1  that Defendant did not respond to the Complaint, Plaintiffs filed a Request for Entry of Default on
2  October 31, 2008.  Default was entered by the clerk against Defendant on November 4, 2008.  On
3  November 20, 2008, Plaintiffs filed a Motion for Default Judgment and set the hearing on the
4  motion for January 15, 2009.  Plaintiffs were recently contacted by Defendant and their counsel
5  who have proposed settling this matter.  Plaintiffs will keep the Court informed of any
6  developments and have notified Defendant's counsel of their desire to continue the Case
7  Management Conference to January 15, 2009.  Plaintiffs wish to continue the Case Management
8  Conference to coincide with the hearing on the Motion for Default Judgment.

The above stated facts are set forth in the accompanying declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

Dated:  December 4, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By:  _____/s/_____
      CONCEPCIÓN E. LOZANO-BATISTA


### ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Concepción E. Lozano-Batista in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the case management conference to January 15, 2009.  In addition, the Court Orders: the case management conference shall immediately follow the hearing on plaintiff's motion for default judgment.

DATED:  December 4, 2008.

_____
HONORABLE WILLIAM ALSUP
JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge William Alsup

119233/513811