United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CALHOUN BROTHERS GRADING & PAVING, INC., a California Corporation,<br><br>Defendant. | No. C 08-04191 WHA<br><br>**ORDER VACATING HEARING ON MOTION FOR DEFAULT JUDGMENT** |

Plaintiffs filed a motion for default judgment, which was scheduled for a hearing on January 15, 2009. On January 12, 2009, plaintiffs filed a notice stating the parties have reached a settlement in the case and requesting that the January 15 hearing be vacated. In light of this recent development, the January 15 hearing on the motion for default judgment is **VACATED**. In light of this representation, this case will be dismissed as moot unless counsel desires that the settlement be reduced to a judgment, in which case an agreed on form of judgment must be submitted by **JANUARY 23, 2009** at **NOON**.

**IT IS SO ORDERED.**

Dated: January 13, 2009

_/s/ Wm Alsup_
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE